# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN CHAVENT, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No.: 2:24-cv-07906-DMG-E<br><br>*Assigned Judge: Dolly M. Gee*<br><br>**ORDER OF DISMISSAL [13]** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: February 4, 2025        By: _____
                                  Dolly M. Gee
                                  Chief United States District Judge